**Re:** **Edward W. SWEATT**
**Docket Number:  5:02-09008-M TAG**
**ORDER TERMINATING TERM OF PROBATION**
<u>**PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**</u>

---

## ORDER OF COURT

It is ordered that the proceedings in this case be terminated and the case closed.

<u>September 11, 2006</u>
Date

Honorable Theresa A. Goldner
United States Magisrate Judge

RCL:dk
Attachment:   Notification
cc:   United States Attorney's Office

PROB 35A

**ORDER TERMINATING TERM OF PROBATION
PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: 5:02-09008-M TAG |
| ) | |
| EDWARD W. SWEATT ) | |

On August 10, 2004, the above-named was placed on probation for a period of 3 years. On August 22, 2006, this office was notified by Geoffrey Jones, U. S. Probation Officer for the Central District of California that the probationer was confirmed dead by Regina Augustine, Deputy Coroner, on April 15, 2006 (attached is a copy of the notification). It is accordingly recommended that this case be closed.

Respectfully submitted,

*Rick C. [signature]*

**RICK C. LOUVIERE
Supervising United States Probation Officer**

Dated:   August 29, 2006
         Bakersfield, California
         RCL:dk

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35A) DEATH.MRG

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

## COUNTY OF LOS ANGELES • REGISTRAR-RECORDER/COUNTY CLERK

### CERTIFICATE OF DEATH — STATE OF CALIFORNIA

**STATE FILE NUMBER:** 3 2006 19 017307

**DECEDENT'S PERSONAL DATA**
- 1. NAME OF DECEDENT — FIRST (Given): EDWARD
- 2. MIDDLE: WILLIAM
- 3. LAST (Family): SWEATT, JR.
- 4. DATE OF BIRTH: 07/16/1949
- 5. AGE: 56
- 6. SEX: M
- 9. BIRTH STATE/FOREIGN COUNTRY: PA
- 10. SOCIAL SECURITY NUMBER: 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
- 11. EVER IN U.S. ARMED FORCES?: NO
- 12. MARITAL STATUS: Divorced
- 7. DATE OF DEATH: 04/15/2006
- 8. HOUR: 2130
- 13. EDUCATION: 10TH
- 14-15. HISPANIC/LATINO?: NO
- 16. DECEDENT'S RACE: Black
- 17. USUAL OCCUPATION: Taxi Cab Driver
- 18. KIND OF BUSINESS/INDUSTRY: TRANSPORTATION
- 19. YEARS IN OCCUPATION: 10

**USUAL RESIDENCE**
- 20. DECEDENT'S RESIDENCE: 504 E. Avenue Q 2
- 21. CITY: Palmdale
- 22. COUNTY: Los Angeles
- 23. ZIP CODE: 93550
- 24. YEARS IN COUNTY: 42
- 25. STATE/FOREIGN COUNTRY: California

**INFORMANT**
- 26. NAME, RELATIONSHIP: Edward William Sweatt, III
- 27. MAILING ADDRESS: 239 W. Terrace Street, Altadena, CA 91001

**SPOUSE AND PARENT INFORMATION**
- 28-30. SURVIVING SPOUSE: —
- 31. NAME OF FATHER — FIRST: Edward
- 32. MIDDLE: William
- 33. LAST: Sweatt, Sr.
- 34. BIRTH STATE: PA
- 35. NAME OF MOTHER — FIRST: Doris
- 36. MIDDLE: Deloris
- 37. LAST (Maiden): Wilson
- 38. BIRTH STATE: AL

**FUNERAL DIRECTOR/LOCAL REGISTRAR**
- 39. DISPOSITION DATE: 04/24/2006
- 40. PLACE OF FINAL DISPOSITION: RES: Janice Jackson, 2592 N. Glenrose Ave., Altadena, CA 91001
- 41. TYPE OF DISPOSITION: CR/RES
- 42. SIGNATURE OF EMBALMER: James E. Booker
- 43. LICENSE NUMBER: 7787
- 44. NAME OF FUNERAL ESTABLISHMENT: Woods-Valentine Mortuary
- 45. LICENSE NUMBER: FD-0582
- 47. DATE: 04/24/2006

**PLACE OF DEATH**
- 101. PLACE OF DEATH: VEHICLE
- 103. OTHER THAN HOSPITAL: Other
- 104. COUNTY: LOS ANGELES
- 105. FACILITY ADDRESS OR LOCATION WHERE FOUND: 44829 FENHOLD STREET
- 106. CITY: LANCASTER

**CAUSE OF DEATH**
- 107. IMMEDIATE CAUSE (A): GUNSHOT WOUND OF HEAD
- Time interval: RAPID
- 108. DEATH REPORTED TO CORONER: YES — 2006-02973
- 109. BIOPSY PERFORMED?: NO
- 110. AUTOPSY PERFORMED?: YES
- 111. USED IN DETERMINING CAUSE?: YES
- 112. OTHER SIGNIFICANT CONDITIONS: NONE
- 113. OPERATION PERFORMED?: NO

**CORONER'S USE ONLY**
- 119. CERTIFY DEATH OCCURRED...FROM CAUSES STATED
- 120. INJURED AT WORK?: NO
- 121. INJURY DATE: 04/15/2006
- 122. HOUR: 2100
- MANNER OF DEATH: Homicide
- 123. PLACE OF INJURY: VEHICLE
- 124. DESCRIBE HOW INJURY OCCURRED: SHOT BY ASSAILANT(S)
- 125. LOCATION OF INJURY: IN FRONT OF 44829 FENHOLD STREET, LANCASTER 93535
- 126. SIGNATURE OF CORONER/DEPUTY CORONER: Regina Augustine
- 127. DATE: 04/18/2006
- 128. TYPE NAME TITLE: REGINA AUGUSTINE, DEPUTY CORONER
- FAX AUTH #: 447-6063

---

This is to certify that this document is a true copy of the official record filed with the Registrar-Recorder/County Clerk.

AUG 15 2006

Conny B. McCormack
CONNY B. McCORMACK
Registrar-Recorder/County Clerk

*19-0194760*

This copy not valid unless prepared on engraved border displaying Seal and Signature of the Registrar-Recorder County Clerk.



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE